# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Ex rel. KEVIN GRAY | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:15CV127 M-V |
| MITIAS ORTHOPAEDICS, PLLC; CHAMPION ORTHOPAEDICS DESOTO, P.L.L.C. d/b/a CHAMPION ORTHOPAEDICS & SPORTS MEDICINE; and HANNA M. MITIAS, M.D. | DEFENDANTS |

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled [309]. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 11th day of October 2022.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**