# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. KEVIN GRAY, ) <br> ) <br>    Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> MITIAS ORTHOPAEDICS, PLLC; CHAMPION ) <br> ORTHOPAEDICS DESOTO, P.L.L.C. d/b/a ) <br> CHAMPION ORTHOPAEDICS & SPORTS ) <br> MEDICINE; and HANNA M. MITIAS, M.D., ) <br> ) <br>    Defendants. ) | Civil Action No: <br> 3:15-cv-127-MPM-JMV |

## RELATOR'S CONSENT MOTION FOR JASON MARCUS TO ATTEND VIA TELEPHONE AT DECEMBER 21, 2022 STATUS CONFERENCE

This Court's Order regarding the December 21, 2022 status conference states that "Counsel must attend unless excused by the Court." Doc. 319. In accordance with the Court's Order, attorney Jason Marcus, representing Relator Kevin Gray, hereby requests approval to attend via telephone using the call-in information provided by the Court.

Attorney Marcus resides in Georgia, making it difficult and costly to attend the conference in Greenville, Mississippi.

The United States and Defendants consent to the relief sought.

Respectfully submitted this 14th day of December, 2022.

/s/ *Brad Pigott*
J. Brad Pigott
Mississippi Bar No. 4350
**Pigott & Johnson, P.A.**
775 North Congress Street
Jackson, MS 39202
Tel. (601) 354-2121
Fax (601) 354-7854

bpigott@pjlawyers.com

Jason Marcus (admitted *pro hac vice*)
Georgia Bar No. 949698
**BRACKER & MARCUS LLC**
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Tel. (770) 988-5035
Fax (678) 648-5544
Jason@FCAcounsel.com