**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA
Ex rel. KEVIN GRAY
PLAINTIFF**

**v.**  **CIVIL ACTION NO.: 3:15-cv-127-MPM-JMV**

**MITIAS ORTHOPAEDICS, PLLC; CHAMPION
ORTHOPAEDICS DESOTO, P.L.L.C. d/b/a
CHAMPION ORTHOPAEDICS & SPORTS
MEDICINE; and HANNA M. MITIAS, M.D.
DEFENDANTS**

## ORDER GRANTING MOTION FOR ATTORNEY JASON MARCUS TO ATTEND STATUS CONFERENCE VIA TELEPHONE

Before the court is Relator's [320] Motion for his counsel Jason Marcus to attend the December 21, 2022, status conference via telephone. After due consideration and noting that the United States and Defendants consent to the motion, the court finds that the motion is well taken, and it is **GRANTED.**

**SO ORDERED**, this the 15th day of December, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**